# EXHIBIT B

UNITED STATES BANKRUPTCY COURT **DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
NWL Company, LLC

CASE NO. 19-22937 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Donna D. Talbert d/b/a Broadway Food Ministry
Kevin D. Talbert d/b/a Broadway Food Ministry

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 10/23/2007

I, **Kimberly N. Wright**, employed as **Bankruptcy** Assistant Vice President, by FAY SERVICING, LLC, for NWL Company, LLC, hereby certifies the following information:

Recorded on October 25, 2007, in **Cumberland** County, in Book 4034, at Page 2750.

Property Address: **311 South 4Th Street, Vineland NJ 08360.**

Mortgage Holder: **NWL Company, LLC**

Mortgagor(s)/ Debtor(s): **Donna D. Talbert d/b/a Broadway Food Ministry**

**Kevin D. Talbert d/b/a Broadway Food Ministry**

POST-PETITION PAYMENTS (Petition filed on July 01, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 03/18/2022 | | | | | $10.00 |
| $860.49 AO Lump Sum | 03/18/2022 | 04/2022 | $865.00 | 03/23/2022 | $14.51 |
| | | To Suspense | $681.00 | 04/20/2022 | $695.51 |
| $860.49 | 04/01/2022 | 05/2022 | $865.00 | 05/05/2022 | $700.02 |
| $202.04 AO Payment | 04/01/2022 | | From Suspense | | $497.98 |
| $860.49 | 05/01/2022 | 05/2022 | $1,268.00 | 05/23/2022 | $905.49 |
| $202.03 AO Payment 1/5 | 05/01/2022 | | From Suspense | 05/23/2022 | $703.46 |
| $860.49 | 06/01/2022 | 06/2022 | $928.32 | 06/28/2022 | $771.29 |
| $202.03 AO Payment 2/5 | 06/01/2022 | | From Suspense | 06/28/2022 | $569.26 |
| | | To Suspense | $123.68 | 06/28/2022 | $692.94 |
| $860.49 | 07/01/2022 | 07/2022 | $860.49 | 10/10/2022 | $692.94 |
| $202.03 AO Payment 3/5 | 07/01/2022 | | From Suspense | 07/01/2022 | $480.91 |
| 202.03 AO | 08/01/2022 | | From | 08/01/2022 | $288.88 |

| Payment 4/5 202.03 AO Payment 5/5 | 09/01/2022 | | Suspense From Suspense | 09/01/2022 | $86.85 |
|---|---|---|---|---|---|
| $860.49 | 08/01/2022 | 08/2022 | $862.00 | 11/18/2022 | $88.36 |
| $860.49 | 09/01/2022 | 09/2022 | $862.00 | 12/09/2022 | $89.87 |
| $860.49 | 10/01/2022 | | $0.00 | | $89.87 |
| $860.49 | 11/01/2022 | | $0.00 | | $89.87 |
| $860.49 | 12/01/2022 | | $0.00 | | $89.87 |
| **Total Due: $9,817.09** | | **Total Received : $7,315.49** | | **Arrears: $2,491.60** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $860.49

Arrears: $2,491.60

Each current monthly payment is comprised of:

    Principal and Interest:  $594.91
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $265.58  (Specify: Escrow)
    TOTAL  **$860.49**

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary) N/A

PRE-PETITION ARREARS: $11,761.69

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  December 21, 2022

*Kimberly N. Wright*
Signature