Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–22937–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin D Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Donna D. Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Social Security No.:
xxx–xx–4682                                                  xxx–xx–7275

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              January 31, 2023
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*71* – Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: 311 South 4th Street, Vineland, NJ 08360. Fee Amount $ 188. filed by Creditor Waterfall Victoria Grantor Trust II, Series G, 55 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NWL Company, LLC. Objection deadline is 01/4/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NWL Company, LLC) filed by Seymour Wasserstrum on behalf of Donna D. Talbert, Kevin D Talbert. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: January 5, 2023
JAN: lgr

Jeanne Naughton
Clerk