Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−22937−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin D Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Donna D. Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Social Security No.:
xxx−xx−4682                    xxx−xx−7275

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           January 31, 2023
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**71 −** Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: 311 South 4th Street, Vineland, NJ 08360. Fee Amount $ 188. filed by Creditor Waterfall Victoria Grantor Trust II, Series G, 55 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NWL Company, LLC. Objection deadline is 01/4/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NWL Company, LLC) filed by Seymour Wasserstrum on behalf of Donna D. Talbert, Kevin D Talbert. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: January 5, 2023
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kevin D Talbert  
Donna D. Talbert  
    Debtors

Case No. 19-22937-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kevin D Talbert, Donna D. Talbert, 311 S 4th Street, Vineland, NJ 08360-4511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NWL Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor National Auto Sales ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Jan 05, 2023     Form ID: 173     Total Noticed: 1

John R. Morton, Jr.
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Seymour Wasserstrum
    on behalf of Debtor Kevin D Talbert mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Joint Debtor Donna D. Talbert mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Thomas W. Halm, Jr.
    on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G thomas.halm@offitkurman.com, bba@stevenslee.com

Thomas W. Halm, Jr.
    on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 thomas.halm@offitkurman.com  bba@stevenslee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor National Auto Sales ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 12