UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NWL Company, LLC

In Re:

Donna D. Talbert & Kevin D. Talbert,

Debtors.

Case No.:       19-22937-JNP

Chapter:            13

Hearing Date:    1/31/2023

Judge:           Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 70)

_____

Date: 1/30/2023                                   /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*