Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–22937–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin D Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Donna D. Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Social Security No.:
xxx–xx–4682                                    xxx–xx–7275

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               April 21, 2023
Time:               10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*78* – Certification in Opposition to (related document:76 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/2/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Seymour Wasserstrum on behalf of Donna D. Talbert, Kevin D Talbert. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: March 3, 2023
JAN: lgr

Jeanne Naughton
Clerk