UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                                          CASE NO.: 19-22937 JNP
                                                                                                CHAPTER 13
Kevin D Talbert,
  Debtor.

Donna D. Talbert,
  Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Kimberly Wilson
   Kimberly Wilson
   Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KEVIN D TALBERT
311 S 4TH STREET
VINELAND, NJ 08360

DONNA D. TALBERT
311 S 4TH STREET
VINELAND, NJ 08360

And via electronic mail to:

LAW OFFICES OF SEYMOUR WASSERSTRUM
205 WEST LANDIS AVENUE
VINELAND, NJ 08360

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill