Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−22937−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin D Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Donna D. Talbert
dba Broadway Food Ministry
311 S 4th Street
Vineland, NJ 08360

Social Security No.:
  xxx−xx−4682                                xxx−xx−7275

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 20, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 20, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-22937-JNP
Kevin D Talbert                                                                                 Chapter 13
Donna D. Talbert
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 148 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin D Talbert, Donna D. Talbert, 311 S 4th Street, Vineland, NJ 08360-4511 |
| aty | + | Kimberly Wilson, Robertson, Anschutz, Schneid Crane et al, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Cascade Funding Mortgage Trust 2017-1, c/o Statebridge Company, LLC, 5680 Greenwood Plaza Blvd., Suite 100S, Greenwood Village, CO 80111-2404 |
| 518330181 | + | A-1 Collection Service, 101 Grovers Mill Rd Ste 303, Lawrenceville, NJ 08648-4706 |
| 518330184 | | Contnental Finance Company, 4550 New Linden Hill Rdste 400, Wilmington, DE 19808 |
| 518330187 | + | FLEXPAY, 1602 Tullamore Ave, Bloomington, IL 61704-9624 |
| 519716905 | | NWL Company LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519716906 | + | NWL Company LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 NWL Company LLC 75381-4609 |
| 518330192 | + | National Auto Sales, PO Box 485, Glassboro, NJ 08028-0485 |
| 518330197 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518433858 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518330199 | | Statebridge Company, 5680 Greenwood Plaza Blvd Ste 100S, Greenwood Vlg, CO 80111-2404 |
| 519560584 | | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111, Waterfall Victoria Grantor Trust II, Ser c/o Statebridge Company LLC |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: nasales2@comcast.net | Oct 20 2023 20:58:00 | National Auto Sales, 123 South Delsea Drive, Glassboro, NJ 08028 |
| cr | ^ | MEBN | Oct 20 2023 20:45:22 | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company LLC, 6061 S. Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 518330182 | | Email/Text: collectors@arresourcesinc.com | Oct 20 2023 20:59:00 | AR Resources INC, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518337686 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2023 20:58:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518330183 | + | EDI: CAPITALONE.COM | Oct 21 2023 00:35:00 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518429138 | ^ | MEBN | Oct 20 2023 20:45:21 | Cascade Funding Mortgage Trust 2017-1, c/o Statebridge Company, LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO |

Case 19-22937-JNP   Doc 93   Filed 10/22/23   Entered 10/23/23 00:15:23   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 148 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 80111-5151 |
| 518330185 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2023 20:58:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 518330186 | + | EDI: AMINFOFP.COM | Oct 21 2023 00:35:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518449185 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 20 2023 21:00:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 518330190 | + | EDI: IRS.COM | Oct 21 2023 00:35:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518330191 | ^ | MEBN | Oct 20 2023 20:44:46 | Kia Motor Finance, 10550 Talbert Ave., Fountain Valley, CA 92708-6031 |
| 518330193 | ^ | MEBN | Oct 20 2023 20:43:17 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518330194 | + | Email/Text: EBN_Waco@Receivemorermp.com | Oct 20 2023 21:00:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518411223 | + | EDI: JEFFERSONCAP.COM | Oct 21 2023 00:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518330195 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 20 2023 21:00:00 | Receivables Performance, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 518420324 | + | Email/Text: courts@southjerseyfcu.com | Oct 20 2023 21:00:00 | South Jersey Federal Credit Union, 1615 Huffville Road, Deptford NJ 08096-6406 |
| 518330196 | | Email/Text: courts@southjerseyfcu.com | Oct 20 2023 21:00:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 518330198 | ^ | MEBN | Oct 20 2023 20:43:37 | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 518333185 | + | EDI: RMSC.COM | Oct 21 2023 00:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518330200 | + | EDI: AIS.COM | Oct 21 2023 00:35:00 | T Mobile/T Mobile USA, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519987401 | + | Email/Text: bkteam@selenefinance.com | Oct 20 2023 20:59:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 520027683 | + | Email/Text: RASEBN@raslg.com | Oct 20 2023 20:58:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 519987402 | + | Email/Text: bkteam@selenefinance.com | Oct 20 2023 20:59:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 518445617 | + | EDI: AIS.COM | Oct 21 2023 00:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519560583 | ^ | MEBN | Oct 20 2023 20:45:22 | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | Cascade Funding Mortgage Trust 2017-1, c/o Statebridge Company, LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 518330189 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518330188 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518361246 | * | IRS, PO BOX 7346, PHILADELPHIA PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor NWL Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor National Auto Sales ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust kimwilson@raslg.com |
| Seymour Wasserstrum | on behalf of Debtor Kevin D Talbert mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Donna D. Talbert mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Thomas W. Halm, Jr. | on behalf of Creditor Waterfall Victoria Grantor Trust II Series G thomas.halm@offitkurman.com, bba@stevenslee.com |
| Thomas W. Halm, Jr. | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 thomas.halm@offitkurman.com bba@stevenslee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 20, 2023 | Form ID: 148 | Total Noticed: 40

on behalf of Creditor National Auto Sales ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 13