Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:  19–22937–JNP
                    Chapter:  13
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin D Talbert | Donna D. Talbert |
| dba Broadway Food Ministry | dba Broadway Food Ministry |
| 311 S 4th Street | 311 S 4th Street |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
  xxx–xx–4682                                   xxx–xx–7275

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 19, 2024</u>            <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court